U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

JUN 1 9 2017

LAWRENCE K. BAERMAN, CLERK
ALBANY

Bobbi Constantine
_____
Plaintiff/Petitioner
v.
Rensselaer County, Rensselaer Jail, Chief Hofmann, Sheriff Ruso, Sty holee, Sty Randell, Sty Bata, LT Sauer, Lt Pekin, Rensselaer County Attorney, Sty Gresewicz, under Blyi, sty mechum, captain Dunham, Noel Pattison - officer Keller, officer Sndle, sty Hegseth, officer Simmons (med).
_____
Defendant/Respondent

Civil Action No. 9:17-CV-661 (DNH)(DEP)

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: __Rensselaer County Jail__.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:



My gross pay or wages are:  $ ___0___ , and my take-home pay or wages are:  $ ___0___ per
(specify pay period) __I have had no Income since Nov 2016.__

3. *Other Income.* In the past 10 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment  ☐ Yes  ☒ No
(b) Rent payments, interest, or dividends  ☐ Yes  ☒ No
(c) Pension, annuity, or life insurance payments  ☐ Yes  ☒ No
(d) Disability, or worker's compensation payments  ☐ Yes  ☒ No
(e) Gifts, or inheritances  ☐ Yes  ☒ No
(f) Any other sources  ☐ Yes  ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 10.43.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

135 Shaker Road Albany NY 12211  200,000   I owe 209,534.51.
5101 N Myrtle Beach, Myrtle Beach SC 29582.  100,000   I owe 131,000

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

135 Shaker Rod - 1,239.15
5701 N Myrtle Beach - 940.85
2016 Jeep - 275.00
gas & lights - 104.00

Credit Cards 1,053.95

Total monthly payments 3,612.95

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:  NONE

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

① mortgage Vanbuilder 209,534.51
② mortgage QLoans 131,000.
③ 2nd mortgage Mr West 30,000
Credit Cards 37 of them 65,384.99.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: May 25, 2017

Bobbi Alexandria Constantine
*Applicant's signature*

Bobbi Alexandria Constantine
*Printed name*