U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUN 1 9 2017

LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Bobbi Alexandria Constantine,
Plaintiff(s)

vs.

Rensselaer County, Rensselaer County Jail, Chief Hedman, Sheriff Ruso as unname officers. Defendant(s)
Sty Noble, Sty Randall, Sty Bates, LT Sawn, LT Rekin, Sty Gesewicz, Undersheriff Bly, Sty Heggitt, Sty machina, Captain Dunham, Officer Simmons (female), Officer Kelled, Officer Snide.

Civil Case No.: 9:17-CV-661 DNH/DEP

## MOTION FOR APPOINTMENT OF COUNSEL

(A) I hereby request a court-appointed attorney to represent me in this action.

(B) I have contacted the following attorneys in my effort to obtain counsel:

NOTE: You **must** first attempt to find an attorney on your own before you file a motion for appointment of counsel with the Court. *See Terminate Control Corp. v. Horowitz*, 28 F.3d 1335 (2d Cir. 1994).

(C) I have attached to this motion the correspondence I have received from the attorneys listed above.

(D) The reasons I believe I should be appointed counsel pro bono are as follows:
First I am Deaf mute. and can not Hear or Speck to any one.
Second my frist Laungage is ASL or PSE.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 13, 2017

Bobbi Alexandria Constantine
Signature of Plaintiff