## United States District Court

NORTHERN DISTRICT OF NEW YORK

SUMMONS IN A CIVIL CASE

BOBBI ALEXANDRIA CONSTANTINE,

      Plaintiff,

      v.      **CASE NUMBER: 9:17-CV-661 (DNH/DEP)**

RENSSELAER COUNTY; L.T. SAUER; OFFICER
SINDE; OFFICER ECONIMELDES; JOHN/JANE DOE;
JOHN DOES 1-2; OFFICER R. WEAVER,

      Defendants.

TO:    Rensselaer County, L.t. Sauer, Officer Sinde, Officer Econimeldes, and Officer R. Weaver

A lawsuit has been filed against you.   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Bobbi Alexandria Constantine
> Rensselaer County Jail
> 4000 Main Street
> Troy, NY 12180

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.   You also must file your answer or motion with the court.

_Laurence K. Baerman_
Clerk of Court

October 17, 2017
DATE

   A. Hudson
(BY) DEPUTY CLERK