

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

BOBBI ALEXANDRIA CONSTANTINE,

Plaintiff,

against

RENSSELAER COUNTY, LT. SAUER, OFFICER
SINDE, OFFICER ECONIMELDES, JOHN/JANE DOE,
JONES DOES 1-12, AND OFFICER R. WEAVER,

Defendants.

Civil Action No.: 17-CV-0661
(DNH/DEP)

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

This Stipulation is entered into by and between the undersigned counsel for Plaintiff
Bobbi Constantine and Defendants Rensselaer County, Lt. Sauer, Officer Sinde, Officer
Econimeldes, John/Jane Doe, John Does 1-12, and Officer R. Weaver (collectively, the
"Parties").

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties
stipulate and agree that the above-captioned action shall be and is dismissed without
prejudice, and with each Party to bear its own costs and attorney's fees.

**DATED:**  January [9], 2018

By: _____
Erin Beth Harrist
New York Civil Liberties Union
125 Broad Street, 19th Floor
New York, New York 10004
Telephone: (212) 607-3300

Attorneys for *Plaintiff*

By: _____
Crystal R. Peck
Bailey, Johnson, DeLeonardis & Peck P.C.
5 Pine West Plaza, Suite 507
Albany, New York 12205
Telephone: (518) 456-0082

Attorneys for *Defendants*

SO ORDERED:

_____
DAVID N. HURD
United States District Judge
Dated: 1/16/2018
Utica, NY

SO ORDERED

_____
T
United States District Judge
Dated:
Utica, NY

{00061046;1 }